1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SOUKANH PHENG,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:12-cv-00582 - JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 14) |

On December 14, 2012, the parties filed a stipulation for Defendant to have an extension of thirty days to file opposition to Plaintiff's opening brief. (Doc. 14). The Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 8-1 at 4), and this is the first extension requested by the parties.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**.

2. Defendant **SHALL** file his opposition on or before **January 14, 2013**.

IT IS SO ORDERED.

Dated:   **December 17, 2012**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28